PEOPLE v. COMMERCIAL BANK. (Supreme Court, Appellate Division, Second Department. May 29, 1902.) Proceeding by the people of the state of New York against the

Commercial Bank. No opinion. In the matter of the application of Thomas J. France for an order directing the attorney general to bring in as parties defendant the various stockholders of said bank. Order affirmed, with $10 costs and disbursements, on opinion of Mr. Justice BETTS at special term. See 74 N. Y. Supp. 806.